

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2021

No. 04-21-00054-CV

**BPX OPERATING COMPANY**,
Appellants

v.

**1776 ENERGY PARTNERS, LLC**,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-12-00246-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

We grant the motion for extension of time to file a motion for rehearing. We order the motion for rehearing filed by June 28, 2021.

It is so **ORDERED** on May 28, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT